[No. 20420-7-II.    Division Two.    April 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL COCHRAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-8-00782-9, David Johnson, J. Pro Tem., entered February 22, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Hunt, JJ.

[No. 20522-0-II.    Division Two.    April 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL GLEN HILL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-1-00099-0, Barbara D. Johnson, J., entered March 28, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 20809-1-II.    Division Two.    April 18, 1997.]

ROY LEIGH, *Respondent*, v. WILLIAM NEVINS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-2-04272-8, James D. Ladley, J., entered January 26, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Armstrong, JJ.

[Nos. 36403-1-I; 38389-2-I.    Division One.    April 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LARRY LANDRY, *Appellant*.

*In the Matter of the Personal Restraint of* MICHAEL LARRY LANDRY, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-05616-2, Richard A. Jones, J., entered April 3, 1995, together with a petition for relief from personal restraint. *Dismissed* by unpublished per curiam opinion.